IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cr-261-MEF |
| | ) | (WO) |
| TIMOTHY BERNARD JONES | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Add Publication Dates (Doc. #34) filed on January 3, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 7th day of January, 2008.

                                              /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE